United States Court of Appeals
**Fifth Circuit**

**F I L E D**

**October 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-20947
Conference Calendar

_____

ELZINA AVALOS; ET AL.,

Plaintiffs,

versus

ATLANTIC RICHFIELD COMPANY; ET AL.,

Defendants,

versus

CLAUDE HUGH LLOYD, JR.,

Movant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-89-CV-3487
--------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

Claude Hugh Lloyd, Jr., appeals from the district court's

order denying his Emergency Motion for Leave and Motion for *Nunc

Pro Tunc* Order with Judicial Notice, in which he sought to be

substituted for Mary Beth Angel as trustee of the Lloyd Trust for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

purposes of the above-referenced litigation.  Lloyd has also filed a Motion for Summary Reversal and Designation of Orders on Appeal.

Lloyd's *nunc pro tunc* motion was an unauthorized motion, which the district court should have dismissed for lack of jurisdiction.  See United States v. Early, 27 F.3d 140, 142 (5th Cir. 1994).  We affirm the judgment on this alternative basis.  See id.  Lloyd's Motion for Summary Reversal and Designation of Orders on Appeal is denied.

JUDGMENT AFFIRMED; MOTION DENIED.